J. HERMON McLEAR, as Director and Officer of McLear Mines, Inc., Appellant, *v.* CLARA McLEAR and HERBERT G. McLEAR, Respondents, et al., Defendants.

Argued October 6, 1943; decided January 13, 1944.

810

*Benedict S. Rosenfeld, Benjamin Algase, Arthur B. Hart* and *Albert Jakobson* for appellant.

*Herbert G. McLear,* respondent, in person.

*Alfred J. Conforti* for Clara McLear, respondent.

Judgments affirmed, with costs, on the ground that plaintiff has not shown facts sufficient to raise an issue with respect to the verity and conclusiveness of the documentary evidence establishing acquiescence and ratification on his part. The ten-year Statute of Limitations is the statute applicable. No opinion.

Concur: LEHMAN, Ch J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.